DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUAN ANTONIO MARTINEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-3207

[February 23, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard Coates, Jr., Judge; L.T. Case Nos. 502016CF001888BXXXMB, 502016CF002768AXXXMB, 502016CF002770AXXXMB, 502016CF002830BXXXMB, 502016CF002836AXXXMB, 502016CF003265AXXXMB, 502016CF006379AXXXMB.

Juan Antonio Martinez, Bonifay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***